UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| REGINALD BLOUNT, DESMOND WHATLEY, DAVID BARTLESON, KIRK L. JIMMERSON, JR., and ADAM HAMPTON<br><br>Plaintiffs,<br><br>v.<br><br>FLEET COURIER, INC.<br><br>Defendants. | Case No.: 21-CV-0009<br><br>Jury Trial Demanded |

**STIPULATION AS TO EXTENSION OF TIME TO AMEND PLEADINGS**

Plaintiffs Reginald Blount, Desmond Whatley, David Bartleson, Kirk L. Jimmerson, Jr., and Adam Hampton, and Defendant Fleet Courier, Inc. (the "Parties"), by their respective counsel, stipulate that the Parties be granted an extension of time of twenty-one (21) days to join additional parties and amend pleadings without further leave of the Court. The current deadline, as set by the Court, is June 2, 2021 (**Dkt. 18**) and, if extended as requested, the new deadline would be June 23, 2021. The foregoing stipulation is signed by each of the Parties:

Dated this 28th day of May, 2021.

| **CADE LAW GROUP LLC** | **HANSEN REYNOLDS LLC** |
|---|---|
| By: *s/ Carlos R. Pastrana* | By: *s/ Michael C. Lueder* |
| Carlos R. Pastrana<br>Nathaniel Cade, Jr.<br>P.O. Box 170887<br>Milwaukee, WI 53217<br>(414) 255-3802 (phone)<br>carlos@cade-law.com<br>nate@cade-law.com<br>Attorneys for Plaintiffs | Michael C. Lueder<br>Danielle M. Nardick<br>301 N. Broadway, Suite 400<br>Milwaukee, WI 53202<br>(414) 455-7676 (phone)<br>mlueder@hansenreynolds.com<br>dnardick@hrdclaw.com<br>Attorneys for Defendants |